UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Michael Naro** § | |
| § | |
| **Plaintiff** § | |
| § | |
| **V.** § | **CIVIL ACTION NO 4:23-cv-00477** |
| § | |
| **Lowes Companies, Inc. d/b/a Lowe's Home Improvement and Lowe's Home Centers, LLC** § § § § | |
| **Defendant** | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before this Court is Plaintiff Michael Naro's and Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC's Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Having considered the Parties' Joint Stipulation of Dismissal with Prejudice, the Court finds that the Stipulation should be granted. It is therefore,

**ORDERED** that the Joint Stipulation of Dismissal with Prejudice is GRANTED, and that the above captioned case is dismissed with prejudice, including all claims and causes of action that Plaintiff brought or could have brought against Defendants, and each party shall bear its own costs and attorneys' fees. It is further,

**ORDERED** that all relief not specifically granted herein is hereby denied.

This is a Final Judgment.

**SIGNED** this 12th day of July, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE